# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXIS FERNANDO BARRADAS-JACOME,** | : | **CIVIL ACTION NO. 1:22-CV-1412** |
| | : | |
| | : | **(Judge Conner)** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CRAIG A LOWE,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 31st day of March, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED without prejudice.

2. Petitioner's motion to expedite (Doc. 9) is DENIED AS MOOT.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania